# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

ANDREW HOWARD TURNER,      )
                                 )
           Plaintiff,          )
                                 )
          v.                  )         No. 4:18-CV-1033 ACL
                                 )
TROY STEELE,              )
                                 )
          Defendant.     )

## MEMORANDUM AND ORDER

Before the Court is plaintiff's "motion for extension of time,"[1] which the Court interprets as a motion for reconsideration of the dismissal of this action. After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, plaintiff's motion is a bit fantastic, as he mentions that he does not wish to frame a congress member, and he also discusses an altercation in attempting to get a "greencheck" at ERDCC. Plaintiff has not, however, connected the events described in his motion with the relief requested before the Court. As such, his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "motion for extension of time" [Doc. #9] is **DENIED**.

---

[1]Plaintiff mentions his inability to get a "greencheck" from certain people at the prison. To the extent plaintiff is seeking more time to pay his initial partial filing fee his request is moot, as plaintiff paid $50.00 to the Court on August 6, 2018.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 10th day of August, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE