UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ANDREW HOWARD TURNER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:18-CV-1033 ACL |
| TROY STEELE, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court of Appeals has remanded this action for collection of the appellate filing fee. As plaintiff has also moved to proceed in forma pauperis on appeal, the Court will grant plaintiff's motion and assess an initial partial appellate filing fee of $14.72, which is twenty percent of his monthly deposit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #11] is granted.

**IT IS FURTHER ORDERED** that plaintiff must pay an initial filing fee of $14.72 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

**IT IS FURTHER ORDERED** that after payment of the initial partial appellate filing fee, the agency having custody of plaintiff shall begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Dated this 10th day of August, 2018.

/s/ Jean C. Hamilton  
JEAN C. HAMILTON  
UNITED STATES DISTRICT JUDGE